UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SOROOF TRADING DEVELOPMENT COMPANY, LTD., | ) ) ) | |
| Plaintiff, | ) ) | No. 10 Civ. 1391 (LTS)(JCF) |
| vs. | ) ) | |
| GE FUEL CELL SYSTEMS, LLC, GE MICROGEN, INC., and PLUG POWER INC. | ) ) ) ) | SPECIAL APPEARANCE AND ANSWER OF GE FUEL CELL SYSTEMS LLC |
| Defendants. | ) ) | |

GE Microgen, Inc. and Plug Power, Inc., appearing on behalf of and in their capacity as former members of the dissolved limited liability company GE Fuel Cell Systems, LLC ("GE Fuel Cell"), make this special appearance and answer on behalf of GE Fuel Cell.

1.

This special appearance and answer is without waiver of any immunity, privilege, or defense based on GE Fuel Cell's status as a dissolved limited liability company, including without limitation immunities, privileges and defenses that GE Fuel Cell cannot be sued because it is a dissolved limited liability company, and has not been properly cited or served with process herein, which defenses are specifically raised and reserved herein pursuant to the Federal Rules of Civil Procedure including without limitation Rule 12(b)(4) and Rule 12(b)(5).

2.

As authorized by Rule 10(c) of the Federal Rules of Civil Procedure, GE Microgen, Inc. and Plug Power, Inc., on behalf of and in their capacity as former members of the dissolved limited liability company GE Fuel Cell, adopt and incorporate by reference herein each and

every separate paragraph of the Answers and Defenses previously filed herein by GE Microgen, Inc. and Plug Power, Inc.

        Respectfully submitted,

        PLUG POWER INC.

        By its attorneys,

        /s/ Abigail K. Hemani_____
        Abigail K. Hemani (AH 2071)
        GOODWIN PROCTER LLP
        The New York Times Building
        620 Eighth Avenue
        New York, New York 10018-1405
        (212) 813-8800
        Email: ahemani@goodwinprocter.com

        Dahlia S. Fetouh
        Natalie F. Langlois
        Goodwin Procter LLP
        53 State Street
        Boston, Massachusetts 02109
        Tel.: 617.570.1000
        Fax: 617.523.1231
        E-Mail: dfetouh@goodwinprocter.com
        E-Mail: nlanglois@goodwinprocter.com

        GE MICROGEN, INC.

        By its attorneys,

        /s/ Thomas Healy_____
        Thomas E. Healy (TH 4340)
        PINO & ASSOCIATES, LLP
        Westchester Financial Center
        50 Main Street, 16th Floor
        White Plains, NY 10606
        Telephone: (914) 946 -0600
        Fax: (914) 946-0650
        E-Mail: Thealy@pinolaw.com

        and

/s/ Michael D. Fisse_____
Michael D. Fisse (LA #19270)
(Pro Hac Vice Application Pending)
DAIGLE FISSE & KESSENICH
PO Box 5350
Covington, LA 70434-5350
Tel: (985) 871-0800
Fax: (985) 871-0899
E-mail: mfisse@daiglefisse.com