UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SOROOF TRADING DEVELOPMENT COMPANY, LTD.,

Plaintiff,

v.

GE MICROGEN, INC,
PLUG POWER INC., and
GENERAL ELECTRIC COMPANY

Defendants.

Civil Action No. 1:10-cv-01391-LGS-JCF

**DECLARATION OF DAHLIA S. FETOUH**

I, Dahlia S. Fetouh, Esq., hereby declare and state as follows:

1. I am an attorney with the firm Goodwin Procter LLP, which represents Defendant Plug Power Inc. ("Plug Power") in this matter. I have personal knowledge concerning the information contained in this declaration.

2. I submit these materials in support of Defendants' Motion for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts of the transcript of the deposition of Gerard L. Conway, Jr., dated January 27, 2011.[1]

4. Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of the transcript of the deposition of Frank Scovello, dated September 2, 2010.

5. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of the transcript of the deposition of Gerard L. Conway, Jr., dated October 26, 2012.

[1] Pursuant to Section III.B.3. of this Court's Individual Rules and Procedures, Defendants will provide a CD containing copies of the entirety of each cited deposition in electronic, text-searchable format at the time of the filing of reply briefs.

6. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts of the transcript of the deposition of Gary Mittleman, dated October 25, 2012.

7. Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts of the transcript of the deposition of Frank Scovello, dated December 10, 2012.

8. Attached hereto as Exhibit 6 is a true and correct copy of relevant excerpts of the transcript of the deposition of John Cerveny, dated January 31, 2013.

9. Attached hereto as Exhibit 7 is a true and correct copy of relevant excerpts of the transcript of the deposition of William Acker, dated March 22, 2013.

10. Attached hereto as Exhibit 8 is a true and correct copy of relevant excerpts of the Form 10-K for the fiscal year ending December 31, 1999 for Plug Power Inc., Bates numbered PPI004952 – 969.

11. Attached hereto as Exhibit 9 is a true and correct copy of relevant excerpts of the Form 10-K for the fiscal year ending December 31, 2004 for Plug Power Inc., Bates numbered PPI005568 – 581.

12. Attached hereto as Exhibit 10 is a true and correct copy of relevant excerpts of the transcript of the deposition of Bander Abdullah Al-Saud, dated December 11, 2012.

13. Attached hereto as Exhibit 11 is a true and correct copy of relevant excerpts of the transcript of the deposition of Jim Jackson, Soroof Trading Development Co.'s corporate representative, dated October 18, 2012.

14. Attached hereto as Exhibit 12 is a true and correct copy of email correspondence dated May 8, 2000 from Rajiv Sharma to Barry Glickman and Frank Scovello, with an attachment of an email dated May 5, 2000 from Jim Jackson to Rajiv Sharma, Bates numbered GE000330 – 332.

15. Attached hereto as Exhibit 13 is a true and correct copy of relevant excerpts of the Distributor Agreement between GE Fuel Cell Systems, LLC and Soroof Trading Development Company, Ltd., dated June 6, 2000. A full, unexcerpted copy of the Distributor Agreement is also attached to the Second Amended Complaint, Docket No. 114.

16. Attached hereto as Exhibit 14 is a true and correct copy of relevant excerpts of the transcript of the deposition of Barry Glickman, dated October 2, 2012.

17. Attached hereto as Exhibit 15 is a true and correct copy of relevant excerpts of and the errata sheet for the transcript of the deposition of Manmohan Dhar, dated March 6, 2013.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Action by Written Consent of the Members of GE Fuel Cell Systems, L.L.C., dated March 24, 2006, Bates numbered PPI000104 – 106; and a true and correct copy of the Certificate of Cancellation for GEFCS, dated February 1, 1999, Bates numbered GE000111.

19. Attached hereto as Exhibit 17 is a true and correct copy of relevant excerpts of the Form 10-K for the fiscal year ending December 31, 2011 for Plug Power Inc.

20. Attached hereto as Exhibit 18 is a true and correct copy of relevant excerpts of the Form 10-K for the fiscal year ending December 31, 2000 for Plug Power Inc., Bates numbered PPI005052 – 070.

21. Attached hereto as Exhibit 19 is a true and correct copy of relevant excerpts of the Form 10-K for the fiscal year ending December 31, 2001 for Plug Power Inc., Bates numbered PPI005154 – 171.

22. Attached hereto as Exhibit 20 is a true and correct copy of relevant excerpts of a PowerPoint presentation entitled “GE Distributed Power: Fuel Cell Update,” dated May 2002, Bates numbered GE003267, GE003269.

23. Attached hereto as Exhibit 21 is a true and correct copy of relevant excerpts of the transcript of the deposition of Elihu Jerabek, dated January 31, 2013.

24. Attached hereto as Exhibit 22 is a true and correct copy of a news release from Plug Power Inc., entitled "Plug Power Inc. Reports First Quarter Results and Product Development Update," dated May 4, 2000, Bates numbered PPI011024 – 027.

25. Attached hereto as Exhibit 23 is a true and correct copy of relevant excerpts of the transcript of the deposition of Dennis Witmer, dated March 21, 2013.

26. Attached hereto as Exhibit 24 is a true and correct copy of the Expert Report of William P. Acker, Ph.D., dated January 31, 2013.

27. Attached hereto as Exhibit 25 is a true and correct copy of Plaintiff's Answers to Plug Power Inc.'s "Phase II" First Set of Interrogatories, dated August 3, 2012.

28. Attached hereto as Exhibit 26 is a true and correct copy of email correspondence dated July 7, 2003 through July 9, 2003 among Ibrahim Akar, Bander Abdullah Al-Saud, and Frank Scovello, Bates numbered SOROOF000256 – 257.

29. Attached hereto as Exhibit 27 is a true and correct copy of relevant excerpts of the Form 10-K for the fiscal year ending December 31, 2005 for Plug Power Inc., Bates numbered PPI005636 – 652.

30. Attached hereto as Exhibit 28 is a true and correct copy of relevant excerpts of the transcript of the further deposition of Frank Scovello, dated April 16, 2013.

31. Attached hereto as Exhibit 29 is a true and correct copy of relevant excerpts of the Form 10-K for the fiscal year ending December 31, 2003 for Plug Power Inc., Bates numbered PPI005480 – 496.

32. Attached hereto as Exhibit 30 is a true and correct copy of relevant excerpts of the Form 10-K for the fiscal year ending December 31, 2002 for Plug Power Inc., Bates numbered PPI005406 – 422.

33. Attached hereto as Exhibit 31 is a true and correct copy of email correspondence dated August 21, 2000 from Rajiv Sharma to Barry Glickman, Bates numbered GE000365 – 366.

34. Attached hereto as Exhibit 32 is a true and correct copy of email correspondence dated April 17, 2001 through April 19, 2001 among Bander Abdullah Al-Saud, Barry Glickman, Frank Scovello, and Rajiv Sharma, with an attachment entitled "DISCUSSION AGENDA WITH GE.doc," Bates numbered GE000641 – 643.

35. Attached hereto as Exhibit 33 is a true and correct copy of email correspondence dated April 17, 2001 through April 26, 2001 among Bander Abdullah Al-Saud, Barry Glickman, and Jim Jackson, with an attachment entitled "Soroof – Discussion Guide – Apr '01.doc," Bates numbered GE000650 – 655.

36. Attached hereto as Exhibit 34 is a true and correct copy of email correspondence dated December 29, 2001 through January 2, 2002 between Frank Scovello and Jim Jackson, with an attachment entitled "TEMP.ppt," Bates numbered GE000800 – 801; a true and correct copy of email correspondence dated January 17, 2002 between Frank Scovello and Jim Jackson, with an attachment entitled "Status Report – Jan 01.doc," Bates numbered GE000817 – 820; and a true and correct copy of email correspondence dated April 25, 2002 between Frank Scovello and Jim Jackson, Bates numbered GE000823.

37. Attached hereto as Exhibit 35 is a true and correct copy of email correspondence dated May 3, 2002 through May 4, 2002 among Bernie Geyer, "fuelcellcatalyst@listbox.com,"

Bander Abdullah Al-Saud, Ibrahim Akar, Ghassan Hamid, and Ponnuswamy Kadirvel with an attachment entitled "Catalyst_Spring2002.pdf," Bates numbered SOROOF000007 – 011.

38. Attached hereto as Exhibit 36 is a true and correct copy of email correspondence dated April 19, 2003 through April 25, 2003 between Ibrahim Akar and Frank Scovello, Bates numbered SOROOF000176 – 177.

39. Attached hereto as Exhibit 37 is a true and correct copy of email correspondence dated January 21, 2004 through January 28, 2004 among Bander Abdullah Al-Saud, Frank Scovello, and Ibrahim Akar, Bates numbered GE000977 – 978.

40. Attached hereto as Exhibit 38 is a true and correct copy of email correspondence dated February 21, 2004 through February 23, 2004 among Ibrahim Akar, Jim Jackson, and Frank Scovello, Bates numbered GE001024 – 025.

41. Attached hereto as Exhibit 39 is a true and correct copy of email correspondence dated June 15, 2004 through June 21, 2004 among Ayman Nabhan, Frank Scovello, and Bander Abdullah Al-Saud, Bates numbered SOROOF000292 – 293; a true and correct copy of email correspondence dated June 22, 2004 between Ayman Nabhan and Frank Scovello, Bates numbered SOROOF000298;  and a true and correct copy of email correspondence dated June 23, 2004 through June 24, 2004 among Ayman Nabhan, Frank Scovello, and Bander Abdullah Al-Saud, Bates numbered SOROOF000305 – 306.

42. Attached hereto as Exhibit 40 is a true and correct copy of relevant excerpts of the transcript of the deposition of Tahir Rashid, dated February 25, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of May, 2013 in Boston, Massachusetts.

/s/ Dahlia S. Fetouh_____________

Dahlia S. Fetouh (*pro hac vice*)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax.: 617.523.1231
dfetouh@goodwinprocter.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing DECLARATION OF DAHLIA S. FETOUH has been served on all parties by electronically uploading the same to this Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established by this Court on this 10th day of May, 2013.

/s/ Dahlia S. Fetouh
Dahlia S. Fetouh