**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SOROOF TRADING DEVELOPMENT COMPANY, LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**GENERAL ELECTRIC COMPANY, GE MICROGEN, INC. and PLUG POWER, INC.**<br><br>Defendant. | No. 10 Civ. 1391 (LGS) (JCF)<br><br>DECLARATION OF AARON W. KNIGHTS |

DECLARATION OF AARON W. KNIGHTS

Aaron W. Knights, pursuant to 28 U.S.C. § 1746, states the following:

1. I am an attorney with the law firm of Kalbian Hagerty, LLP, attorneys for Plaintiff Soroof Trading Development Company, Ltd. ("Soroof"). I am the lead counsel for Soroof in the United States District Court for the Southern District of New York in *Soroof Trading Development Company Ltd. v. GE Fuel Cell Systems, LLC, et al.*, Case No. 10 Civ. 1391 (LTS) (JCF). I have personal knowledge of the facts stated below, except for those facts stated on information and belief, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the following pages from the Deposition of Mr. Frank Scovello given on behalf of GE Microgen, Inc. on September 2, 2010: 10; 12; 24; 32; 33; 38; 44; 45; 46; 48; 49; 102; 103; 115; 116; and 121.

3. Attached hereto as **Exhibit 2.a** is a true and correct copy of the following pages from the Deposition of Mr. Frank Scovello given on behalf of GE Microgen, Inc. on December 10, 2012: 12; 13; 16; 17; 18; 19; 54; and 55.

4. Attached hereto as **Exhibit 2.b** is a true and correct copy of the following pages from the Deposition of Mr. Frank Scovello given on behalf of GE Microgen, Inc. on April 16, 2013: 275; 276; and 277.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the Declaration of Dr. Dennis Witmer, dated October 29, 2012.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the April 11, 2000 Fuel Cell Product Requirement Overview.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the Supplemental Expert Report of Dr. Dennis Witmer, dated March 4, 2013.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the April 2000 GE Marketing Update.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the "Distributor Agreement Between GE Fuel Cell Systems, LLC, and Soroof Trading Development Company Ltd." dated June 6, 2000.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the Expert Report of J. Clark Lee, dated February 5, 2013.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the GE "Back Up" Presentation.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the September 12, 2003 Memo Regarding "Due Diligence" and Appended August 19, 2003 Plug Power Update.

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the Business Condition Summary Dated March 24, 2006.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Certificate of Cancellation, dated March 24, 2006.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the e-mail from A. Bucknam, Plug Power's Vice President of Business Development, to Mark Sperry, Plug Power's former Chief Marketing Officer, dated January 5, 2006.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the following pages from the Deposition of Mr. Gerard L. Conway, Jr. given on behalf of Plug Power, Inc. on January 27, 2011: 13; 18; 19; 22; 27; 34; 45; 66.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the Action by Written Consent of Members of GE Fuel Cell Systems, L.L.C. at GE 000099.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the Plug Power 8-K filed 03/27/06 for the period ending 03/24/06 at PPI000147.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the Amended and Restated Limited Liability Company Agreement, dated August 21, 2001.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the e-mail from Greg Silvestri to Sergay Polikarpov, dated February 26, 2006.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the GE Fuel Cell Systems, L.L.C. Termination Agreement, dated March 24, 2006.

I declare under penalty of perjury pursuant to the laws of the United States and the State of New York that the foregoing is true and correct.

**FURTHER AFFIANT SAYETH NOT.**

Executed this 10th Day of May, 2013, at Washington, District of Columbia.

___/s/ Aaron W. Knights__________

Aaron W. Knights