UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOROOF TRADING DEVELOPMENT COMPANY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>GE MICROGEN, INC,<br>PLUG POWER INC., and<br>GENERAL ELECTRIC COMPANY<br><br>Defendants. | Civil Action No. 1:10-cv-01391-LGS-JCF |

**DECLARATION OF DAHLIA S. FETOUH**

I, Dahlia S. Fetouh, Esq., hereby declare and state as follows:

1. I am an attorney with the firm Goodwin Procter LLP, which represents Defendant Plug Power Inc. ("Plug Power") in this matter. I have personal knowledge concerning the information contained in this declaration.

2. I submit these materials in support of Defendants' Reply Memorandum of Law in Support of Their Motion for Summary Judgment.

3. Attached hereto as Exhibit A is a true and correct copy of relevant excerpts[1] of the transcript of the deposition of Frank Scovello, dated April 16, 2013.[2]

4. Attached hereto as Exhibit B is a true and correct copy of relevant excerpts of the transcript of the deposition of Gerard L. Conway, Jr., dated October 26, 2012.

---

[1] Excerpts of deposition transcripts attached to this Declaration include pages separate from those excerpts attached to the Declaration of Dahlia S. Fetouh submitted in support of Defendants' Motion for Summary Judgment filed on May 10, 2013, Docket No. 181.

[2] Pursuant to Section III.B.3. of this Court's Individual Rules and Procedures, Defendants will provide a CD containing copies of the entirety of each cited deposition in electronic, text-searchable format concurrent with the filing of their reply brief.

5. Attached hereto as Exhibit C is a true and correct copy of relevant excerpts of the transcript of the deposition of Frank Scovello, dated December 10, 2012.

6. Attached hereto as Exhibit D is a true and correct copy of the Expert Report of Matthew Fronk, dated January 31, 2013.

7. Attached hereto as Exhibit E is a true and correct copy of relevant excerpts of the transcript of the deposition of William Acker, dated March 22, 2013.

8. Attached hereto as Exhibit F is a true and correct copy of relevant excerpts of the transcript of the deposition of Matthew Fronk, dated March 20, 2013.

9. Attached hereto as Exhibit G is a true and correct copy of relevant excerpts of the transcript of the deposition of Gary Mittleman, dated October 25, 2012.

10. Attached hereto as Exhibit H is a true and correct copy of relevant excerpts of the transcript of the deposition of Bander Abdullah Al-Saud, dated December 11, 2012.

11. Attached hereto as Exhibit I is a true and correct copy of Schedule D of the Distributor Agreement between GE Fuel Cell Systems, LLC and Soroof Trading Development Company, Ltd., dated June 6, 2000 ("Agreement"). True and correct copies of additional relevant excerpts of the Agreement are attached to the Declaration of Dahlia S. Fetouh submitted in support of Defendants' Motion for Summary Judgment filed on May 10, 2013, Docket No. 181. A full, unexcerpted copy of the Agreement is also attached to the Second Amended Complaint, Docket No. 114.

12. Attached hereto as Exhibit J is a true and correct copy of relevant excerpts from the deposition of Manmohan Dhar, dated March 6, 2013, and a true and correct copy of the Errata Sheet signed by Mr. Dhar with changes to his transcript, dated April 4, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of July, 2013 in Boston, Massachusetts.

/s/ Dahlia S. Fetouh
Dahlia S. Fetouh (*pro hac vice*)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax.: 617.523.1231
dfetouh@goodwinprocter.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing DECLARATION OF DAHLIA S. FETOUH has been served on all parties by electronically uploading the same to this Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established by this Court on this 23rd day of July, 2013.

/s/ Dahlia S. Fetouh
Dahlia S. Fetouh